UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Helder Rodrigues                                    Civil Action No: 1:14-cv-13775

        Plaintiff                                                    DJC

v.

The John Michaels Collection Agency

        Defendant

## DEFENDANT'S ANSWER

Now comes the defendant, John Michaels of the John Michaels Collection Agency. The complaints and allegations set forth are unfounded and have no basis in fact and are completely untrue.

Defendant denies all allegations in the complaint as this suit has been filed in retaliation to defendant's Judgment against plaintiff.

Plaintiff is confused as it was the Constable who continued to call him to get the Small Claims Notice of Suit served and that matter ultimately requited Tack On Service.

Judgment against plaintiff remains outstanding.

Yaakov Saks is not licensed to practice law in Massachusetts – Cannot be co-counsel

Defendant is seeking damages for Mental Anguish and Defamation of Character caused by this filing.

_____
John Michaels – President
The John Michaels Collection Agency
1643 Warwick Avenue - #179
Warwick, RI  02889-1525
401.732.0181

2014 DEC 8 PM 2 31
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE